Ex parte Robert D. TUCKER,
Appellant.

No. 1320–98.

Court of Criminal Appeals of Texas,
En Banc.

Oct. 13, 1999.

Michael D. Deegan, Fort Worth, for appellant.

Tanya S. Dohoney, Asst. Dist. Atty., Fort Worth, Matthew Paul, State's Atty., Austin, for State.

PER CURIAM.

The appellant having been tried during the pendency of this appeal, the question of his pre-trial bond is moot. The petition for discretionary review is dismissed.